UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Teraesa Fuller,

    Plaintiff,

v.                                           Case No. 17-13272

Commissioner of Social Security,        Sean F. Cox
                                                    United States District Court Judge

    Defendant.
_____/

## ORDER ADOPTING
## 12/4/18 REPORT AND RECOMMENDATION

Plaintiff filed this action under 42 U.S.C. § 405(g), seeking judicial review of Defendant Commissioner of Social Security's denial of benefits. The matter was referred to Magistrate Judge Mona Majzoub for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed motions for summary judgment.

On December 4, 2018, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") (Docket Entry No. 19) wherein she recommends that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's decision.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

1

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the December 4, 2018 R&R.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

                              s/Sean F. Cox
                              Sean F. Cox
                              United States District Judge

Dated: January 4, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 4, 2019, by electronic and/or ordinary mail.

                              s/Jennifer McCoy
                              Case Manager